IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DEKATRON CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. )<br>) | No. 15-cv-1167-NDF<br>(Judge Firestone) |

## JOINT STATUS REPORT

Pursuant to the Court's April 21, 2016 order, plaintiff DekaTron Corporation and defendant, the United States, respectfully submit the following joint status report regarding the status of settlement negotiations in the action No. 4428 pending before the Civilian Board of Contract Appeals (CBCA). The parties report to the Court that effective May 20, 2016, the parties settled the CBCA action and that they intend to submit a joint motion to dismiss that case shortly. Accordingly, because the parties have reached a settlement in the CBCA action, transfer of the present case to the CBCA pursuant to 41 U.S.C. § 7107(d) would not be appropriate.

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General

    ROBERT E. KIRSCHMAN, JR.
    Director

      s/ Steven J. Gillingham
    STEVEN J. GILLINGHAM
    Assistant Director

| | |
|---|---|
| s/ Ralph C. Thomas III | s/ Igor Helman |
| RALPH C. THOMAS III | IGOR HELMAN |
| BAKER, CRONOGUE, TOLLE | Trial Attorney |
|   & WERFEL LLP | Commercial Litigation Branch |
| 1320 Old Chain Bridge Road, Ste. 200 | Civil Division |
| McLean, Virginia 22101 | Department of Justice |
| Telephone: (703) 448-1810 | P.O. Box 480 |
| Fax: (703) 448-3336 | Ben Franklin Station |
| rthomas@bbttlaw.com | Washington, D.C. 20044 |
| | Telephone: (202) 305-7576 |
| | Fax: (202) 514-7965 |
| | Igor.Helman@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

June 6, 2016

## CERTIFICATE OF SERVICE

I certify under that on this 6th day of June, 2016, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    s/ Igor Helman